UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| DIANA MCCLAMMY, | Case No. CV 18-00068-GF-BMM |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| OFFICER THOMAS HALLORAN, et al., | |
| Defendants. | |

The State of Montana has moved to modify the scheduling order in this case to extend the "fully briefed" deadline for pretrial motions based on a need for additional time to complete briefing. The other parties do not object. The motion will be granted.

THEREFORE, IT IS ORDERED that the Court's Scheduling Order (Doc. 25) is amended as follows:

| | |
|---|---|
| All pretial motions, other than discovery motions, shall be filed and fully briefed on or before: | <u>August 23, 2019</u> |

IT IS FURTHER ORDERED that the Scheduling Order (Doc. 25), as previously amended, remains in full force and effect except as expressly modified by this Order.

DATED this 28th day of June, 2019.

Brian Morris
United States District Court Judge