IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DIANA McCLAMMY,<br><br>         Plaintiff,<br><br>   v.<br><br>OFFICER THOMAS HALLORAN;<br>OFFICER BRIAN TOVSON;<br>DETECTIVE KEITH PERKINS; CITY<br>OF GREAT FALLS; STATE OF<br>MONTANA; and JOHN DOES 1 through<br>5,<br><br>         Defendants. | Case No. CV-18-68-GF-MM<br><br><br><br><br>**ORDER GRANTING<br>PLAINTIFF'S UNOPPOSED<br>MOTION DISMISSING ALL<br>CLAIMS AGAINST<br>DEFENDANT STATE OF<br>MONTANA WITH PREJUDICE** |

Plaintiff has moved the Court for an Order dismissing all claims against Defendant State of Montana, with prejudice. The other parties do not object. The Court concludes the motion should be granted.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's claims against the Defendant State of Montana are hereby dismissed, with prejudice, each party to bear their own costs and attorney fees.

DATED this 12th day of September, 2019.


_____
Brian Morris
United States District Court Judge