IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DIANA McCLAMMY,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER THOMAS HALLORAN; OFFICER BRIAN TOVSON; DETECTIVE KEITH PERKINS; CITY OF GREAT FALLS; STATE OF MONTANA; and JOHN DOES 1 through 5,<br><br>Defendants. | Case No. CV-18-68-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the written stipulation between the parties that the above-entitled action has been fully and finally compromised and settled upon the merits,

IT IS HEREBY ORDERED that the above-entitled action is dismissed, with prejudice, each party to bear their own costs.

DATED this 12th day of November, 2019.

_____
Brian Morris
United States District Court Judge